UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BRITE MEDIA GROUP LLC,                  :       05 Civ. 9319 (DC) (ECF)

                Plaintiff,        :       **STIPULATION**
                                                                       **OF DISMISSAL**

   - against -                         :

BVM ENTERPRISES, LLC, BRIAN             :
MORRISON, STUART HUME, DONALD
DORE, RICHARD MILLS, BLM                :
INVESTMENTS, BRETT MORRISON and
WILLIAM McKEE,                          :

                Defendants.       :

------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that, pursuant to FRCP 41(a)(1) and a settlement agreement achieved by the parties, this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees, and without any admission of liability or wrongdoing by any party.

Dated: New York, New York
       July 11, 2006

                                         PRYOR CASHMAN SHERMAN & FLYNN LLP

                                         By: _____
                                           Philip R. Hoffman (PRH-1607)
                                           Attorneys for Plaintiff
                                           410 Park Avenue
                                           New York, New York 10022
                                           (212) 421-4100

QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP

By: _____
Stephen Neuwirth (SN-5367)
Robert Juman (RJ 6350)
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Holly Stein Sollod (HS-5058)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 295-8000

– Attorneys For Defendants –

SO ORDERED:

_____
Denny Chin, U.S.D.J.
7/18/06

2